**Order entered July 15, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-15-01390-CR

**ERNESTO JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1131021-W**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for findings regarding the record, specifically why appellant's brief had not been filed. We **ADOPT** the trial court's July 11, 2016 findings that appellate counsel will travel to the Formby Unit to meet with appellant and appellant's brief will be filed by August 13, 2016.

We **ORDER** appellant's brief filed no later than **August 15, 2016.**

/s/     ADA BROWN
          JUSTICE